

# Fourth Court of Appeals
## San Antonio, Texas

September 12, 2018

No. 04-18-00590-CV

John R. **HALL,** D.O. and South Texas Spinal Clinic, PA,
Appellants

v.

Julian **VASQUEZ**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-22025
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

The reporter's record was due August 31, 2018 but was not filed. On September 5, 2018, the court reporter filed a notification of late record stating the record would not be filed because appellant has not paid or made arrangements to pay the reporter's fee to prepare the record and appellant is not entitled to the record without paying the fee. *See* TEX. R. APP. P. 34.6(b), 35.3(b). In her notification, the court reporter further states that she anticipates the record to be completed by September 11, 2018 so long as she receives payment.

Accordingly, we **ORDER** appellant to provide written proof to this **court on or before September 17, 2018** that either (1) the reporter's fee has been paid or arrangements satisfactory to the reporter have been made to pay the reporter's fee, or (2) appellant is entitled to the record without prepayment of the reporter's fee. *See id.* R. 35.3(b). If appellant fails to respond within the time provided, appellant's brief will be due thirty days after the date the reporter's record is filed, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See id.* R. 37.3(c).

We **order** the clerk of this court to serve a copy of this order on all counsel, the district clerk, and the court reporter.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of September, 2018.



KEITH E. HOTTLE,
Clerk of Court